### -IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 20-00171-CG |
| | * | |
| BRANDON LEROSS BAILEY | * | |

### UNITED STATES' MOTION FOR REVOCATION OF ORDER OF RELEASE

COMES NOW the United States of America, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, and respectfully moves the Court for a hearing to address an alleged revocation of the Court's order of release by defendant Brandon Leross Bailey ("Bailey"). *See* 18 U.S.C. § 3148(b) ("The attorney for the Government may initiate a proceeding for revocation of an order of release by filing a motion with the district court."); Doc. 26 (amended order setting Bailey's release conditions). All dates, amounts, and locations described below are approximations. All proffered facts are allegations only.

On December 28, 2020, a federal grand jury for the Southern District of Alabama returned a 13-count indictment against Bailey. Doc. 1. On January 13, 2021, Bailey was arraigned before the Court. Doc. 11. On January 20, 2021, the Court set Bailey's conditions of release and ordered that he "not commit any offense in violation of federal, state or local law" and "refrain from possessing a firearm" and "remove all firearms from [his] residence." Doc. 18, PageID.72-74. The Court later reaffirmed Bailey's firearms restrictions in an amended order. Doc. 26. On June 16, 2021, Bailey pleaded guilty before the Court to two felony offenses. Doc. 34. He is a convicted felon who is prohibited from knowingly possessing firearms or ammunition. *Id.*; 18 U.S.C. § 922(g)(1); *see also United States v. Bailey*, 2013 WL 1319456 (A.F. Ct. Crim. App. Mar. 19, 2013) (Bailey's

general court-martial in 2010 serves as felony conviction). Bailey's sentencing is set for March 23, 2022. Doc. 70.

On January 7, 2022, the U.S. Probation Office notified the United States of an incident involving Bailey at his Holden, Maine residence in which police responded to a domestic disturbance on December 15, 2021 and recovered four firearms and ammunition from Bailey's home. *See* Doc. 68-1 (police report). On January 13, 2022, the United States received police footage capturing officers' response to the incident. The footage shows Bailey acknowledging his knowledge of firearms in his home.

Bailey appears to have knowingly possessed multiple firearms and ammunition at his home and violated several provisions of the Court's order setting his release conditions. Doc. 26. A judicial inquiry is necessary to see if this is true. If Bailey violated his release conditions, they should be revoked and Bailey should be detained pending his sentencing: the alleged violations are blatant, serious, and raise concerns about public safety. If the violations are true, Bailey may also be subject to prosecution in Maine for various firearms offenses. *See, e.g.*, 18 U.S.C. § 922(g)(1) (felon in possession); 18 U.S.C. § 922(n) (illegal receipt of firearm while under indictment).

For the above reasons, the United States respectfully moves the Court under 18 U.S.C. § 3148(b) for a hearing to address Bailey's alleged revocation of the Court's order of release.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

*/s/ SINAN KALAYOGLU*
Sinan Kalayoglu
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record for the defendant.

*/s/ SINAN KALAYOGLU*
Sinan Kalayoglu
Assistant United States Attorney