IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:20-00171-CG-B |
| | ) |
| **BRANDON LEROSS BAILEY,** | ) |
| **Defendant.** | ) |

## ORDER

Defendant Brandon Leross Bailey appeared with counsel, Brian Lockwood before the undersigned Magistrate Judge on January 26, 2022, on a Motion to Revoke Order of Release (Doc. 72). Assistant United States Attorney Sinan Kalayoglu appeared on behalf of the Government.

Upon consideration of the information contained in the motion, the representations by counsel during the hearing, the testimony of FBI Agent Grantham, and the information contained in Exhibit Four (Doc. 75), the court finds that Defendant has violated the conditions of his pretrial release as alleged in the revocation motion, and that it is not appropriate to continue him on pretrial release. Specifically, on December 15, 2021, the Defendant possessed multiple firearms and ammunition in his home. (Doc. 72, PageID.296).

Based upon the information contained in the motion, the conditions of release, and the pretrial services report, the undersigned finds that Defendant violated the conditions of his release, and that there are no conditions that will reasonably assure the safety of the community. Accordingly, the conditions of release are hereby

**REVOKED** and Defendant is **REMANDED** into custody of the United States Marshal pending the resolution of this case.[1]

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or pending held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** this the 26th day of January 2022.

/s/ *Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Bailey pleaded guilty before the Court on June 16, 2021, (Doc. 34) and is scheduled to be sentenced on March 23, 2022 at 9:30 AM (Doc. 70).